# Court of Appeals
# of the State of Georgia

ATLANTA,___April 22, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1415.   SANDRA LEE SCOTT WALLACE v. HABITAT FOR HUMANITY TROUP COUNTY, INC.**

This case originated as a dispossessory action in magistrate court.  On appeal, the superior court entered judgment and a writ of possession against Sandra Lee Scott Wallace, who filed this direct appeal.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1);  *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Because Wallace did not follow the proper procedure for requesting discretionary review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,_04/22/2014_____
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*